AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

MARY E. MAIER,
an individual,

*Plaintiff(s)*

v.

VYSTAR CREDIT UNION,
a Florida credit union,

*Defendant(s)*

Civil Action No. ______________________

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

VyStar Credit Union
c/o C T Corporation System, Registered Agent
1200 South Pine Island Road
Plantation, FL 33324

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Max Story
Story Law Group
328 2nd Avenue North, Suite 100
Jacksonville Beach, FL 32250
(904) 372-4109
max@storylawgroup.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: ______________________

______________________
*Signature of Clerk or Deputy Clerk*

Civil Action No. ______________________

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* ______________________
was received by me on *(date)* ______________ .

- ■ I personally served the summons on the individual at (place) ______________________
- ■ I left the summons at the individual's residence or usual place of abode with (name) ______________________
- ■ I served the summons on (name of individual) , who is ______________________
- ■ I returned the summons unexecuted because ______________________
- ■ Other (specify): ______________________

My fees are $ __________ for travel and $ __________ for services, for a total of $ __________

I declare under penalty of perjury that this information is true.

Date: ______________________

______________________
*Server's signature*

______________________
*Printed name and title*

______________________
*Server's address*

Additional information regarding attempted service, etc: