# VERIFIED RETURN OF SERVICE

Job # J2695224

**Client Info:**

Story Law Group
328 2ND AVENUE NORTH, SUITE 100
Jacksonville Beach, FL 32250

**Case Info:**

**PLAINTIFF:**
MARY E. MAIER
-versus-
**DEFENDANT:**
VYSTAR CREDIT UNION

USDC FOR THE MIDDLE DISTRICT OF FLORIDA

Court Case # **3:26-cv-02113-JEP-LLL**

**Service Info:**

**Received by Joseph Marker: on August, 17th 2026** at **04:58 PM**
**Service:** I Served **VYSTAR CREDIT UNION C/O C T CORPORATION SYSTEM, REGISTERED AGENT**
With: **SUMMONS IN A CIVIL ACTION; COMPLAINT**
by leaving with **Irenee Mortimer, AUTHORIZED TO ACCEPT**

**At Business 1200 SOUTH PINE ISLAND ROAD PLANTATION, FL 33324**
On **8/18/2026** at **10:10 AM**
**Manner of Service: CORPORATE R/A**
F.S. 48.091(1)(a)(b)(2)(3)CORPORATIONS: DESIGNATION OF REGISTERED AGENT

**Served Description: (Approx)**

Age: **40**, Sex: **Female**, Race: **Black**, Height: **5' 3"**, Weight: **165**, Hair: **Black** Glasses: **No**

I **Joseph Marker** acknowledge that I am 18 years or older, authorized to serve process, in good standing in the jurisdiction wherein the process was served, and I have no interest in the above action. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true.

**Joseph Marker**
Lic # **SPS 613**

**Accurate Serve of Jacksonville**
4446 Hendricks Avenue, Suite 207
Jacksonville, FL 32207

Client # J2695224
Ref # MIA33853

INITIALS: JM ID # SPS2613
DATE: 8/18/2026 TIME: 10:10 AM
MILITARY: NA
MARITAL STATUS: NA

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

MARY E. MAIER,
an individual,

*Plaintiff(s)*

v.

VYSTAR CREDIT UNION,
a Florida credit union,

*Defendant(s)*

Civil Action No. 3:26-cv-02113-JEP-LLL

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

VyStar Credit Union
c/o C T Corporation System, Registered Agent
1200 South Pine Island Road
Plantation, FL 33324

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Max Story
Story Law Group
328 2nd Avenue North, Suite 100
Jacksonville Beach, FL 32250
(904) 372-4109
max@storylawgroup.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

JacklynCucci

*Signature of Clerk or Deputy Clerk*

Date: August 17, 2026